IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MILDRED E. JOHNSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv1138-MHT |
| | ) | (WO) |
| CHILTON COUNTY 9-1-1 | ) | |
| DISTRICT, | ) | |
| | ) | |
|     Defendant. | ) | |

ORDER

Pending before the court is the parties' second joint motion for extension of time.  They base this motion on the incorrect statement that the court failed to reset the dispositive-motions deadline when it entered an order (doc. no. 16) granting the parties' first motion for extension of time.  The parties clearly failed to read carefully that order, in which the court modified the uniform scheduling order by resetting the pretrial and trial dates, and <u>all dates</u>

<u>expressly tied to those dates</u>.  They also apparently did not carefully read the uniform scheduling order.

\* \* \*

Accordingly, it is ORDERED that the motion (doc. no. 17) is denied to the extent that it asks to continue the pretrial and trial dates, but is granted to the extent that the deadline for dispositive motions is reset from September 10, 2015, to October 12, 2015.

DONE, this the 9th day of October, 2015.

                                               /s/ Myron H. Thompson\_\_\_\_
                                         UNITED STATES DISTRICT JUDGE